IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                        )
                                         )      2:08-cv-02874-GEB-KJM
                    Plaintiff,           )
                                         )
          v.                             )      ORDER CONTINUING STATUS
                                         )      (PRETRIAL SCHEDULING)
VISION F.S. INC., d/b/a Denny's          )      CONFERENCE
#7191; JOHN F. NG;  DAISY JEAN           )
LIM-NG,                                  )
                                         )
                    Defendants.          )
_____)

          Plaintiff's and Defendant Vison F.S., Inc.'s Joint Status

Report filed March 16, 2009, reveals this case is not ready to be

scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set

for March 30, 2009, is continued to April 27, 2009, at 9:00 a.m.  A

further joint status report shall be filed no later than April 13,

2009.

          IT IS SO ORDERED.

Dated:  March 22, 2009

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1