IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>VISION F.S., INC., d/b/a Denny's #7191; JOHN F. NG; and, DAISY JEAN LIM-NG,<br><br>        Defendants. | 2:08-cv-02874-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Defendant Vision states in the parties' Joint Status Report ("JSR") filed on April 13, 2009, that "Defendant Vision anticipates it will either relocate or close the business within the next sixty (60) days[; and, that] [r]elocation or closing of the business would render the injunctive relief issues in the case moot." JSR at 2. If the injunctive relief issues become moot as Defendant Vision anticipates, it is questionable whether the federal court should continue exercising jurisdiction over Plaintiff's state claims. These issues should be address in the joint status report referenced below.

1

Further, the JSR states that "Defendants John F. Ng and Daisy Jean Lim-Ng were served on December 18, 2008, but have not filed an answer." Plaintiff fails to provide information concerning on how he will proceed against these defendants. Therefore, in the below referenced status report Plaintiff shall show cause why Defendants John F. Ng and Daisy Jean Lim-Ng should not be dismissed for failure of prosecution.

The status (pretrial scheduling) conference is rescheduled to commence at 9:00 a.m. on July 13, 2009; a joint status report shall be filed fourteen days prior to the July 13 hearing.

IT IS SO ORDERED.

Dated: April 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge