1  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378
5

6  Attorneys for Defendants,
   Daisy Jean Lim-Ng and John F. Ng
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | SCOTT N. JOHNSON,           | CASE NO. 2:08-cv-02874-GEB-KJM

12 |         Plaintiff,

13 |                              | **ORDER TO SET ASIDE DEFAULT AGAINST DEFENDANTS DAISY JEAN LIM-NG AND JOHN F. NG**
14 |     v.

15 | VISION F.S., INC., et al.,

16 |         Defendants.

17

18    Pursuant to the stipulation filed May 13, 2009, the Clerk's Default entered on

19 May 6, 2009 is vacated.

20  Dated: 5/15/09

21

-1-
*ORDER*